# PIKE, TUCH & COHEN LLP
## ATTORNEYS AT LAW

Roberta C. Pike
Kenneth R. Tuch
Laurence I. Cohen

1921 Bellmore Avenue
Bellmore, NY 11710
(516) 783-0062
Fax (516) 783-0082

*This office does not accept service
of any legal papers by facsimile*

**_VIA ECF_**

May 30, 2017

Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Elamrani v. Henry Limousine Service, Inc., *et ano*
      Case No.: 15-CV-2050 (ERK)(CLP); Our File No.: 8873.001

Dear Judge Pollak:

This office is counsel of record to the defendants in the above-referenced matter.

After business hours on Friday, May 26, 2017 my office received an e-mail from Arthur H. Forman, Esq. advising that he has been retained as substitute counsel for defendants. The e-mail requests that we notify the court and the mediator that the defendants "will not be producing financial records and the June 6, 2017 mediation session should be cancelled." I am awaiting receipt of the substitution of attorney form from incoming counsel.

In light of the foregoing, and in accordance with the May 23, 2017 status report [DE 65], I have notified mediator Michael A. Levy and opposing counsel Jeffrey R. Maguire of this development, and arranged to cancel the mediation.

I thank the Court for its time and attention in this matter.

Respectfully submitted,

PIKE, TUCH & COHEN LLP

By:   _____
      Laurence I. Cohen

LIC:bw

cc:   Jeffrey R. Maguire, Esq. (via ECF)
      Michael A. Levy, Esq. (via ECF)
      Henry Limousine (via e-mail)
      Arthur H. Forman, Esq. (via e-mail)