UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SEDDIQ ELAMRANI, on behalf of himself, individually, and all others similarly situated,

        Plaintiffs,

-against-

HENRY LIMOUSINE LTD. and AVRAHAM MAZOUZ, his individual and professional capacities.

        Defendants.
-------------------------------------------------------------------------X

Case No. 15-CV-2050

**DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4**

  ARTHUR H. FORMAN, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am an attorney admitted to practice before the United States District Court for the Eastern District of New York, and submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the Stipulation and Order substituting my offices as counsel of record for Defendants in the above-captioned case.

  2. Defendants have requested that my office represent them in this action and have consented to withdrawal of their current counsel, Pike, Tuch & Cohen LLP.

  3. The court authorized service of a collective action notice on September 28, 2016. Upon information ad belief, the time to opt in has expired. A settlement conference is scheduled for June 14, 2017. Defendant Avraham Mazouz has agreed to attend.

  4. I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

Dated: June 5, 2017
    Forest Hills, New York

                /S/
              ARTHUR H. FORMAN
              98-20 Metropolitan Avenue
              Forest Hills, New York 11375
              (718) 268-2616

              *Incoming Attorney for Defendants*