<u>CERTIFICATE OF SERVICE</u>

I certify that the attached Document(s) was (were) sent by regular mail, unless otherwise indicated below, this day to each of the following:

>Avraham Mazouz, Pres.
>Henry Limousine, Ltd.
>11-01 43rd Avenue
>Long Island, NY  11101

<u>June 5, 2017</u>                                          <u>    /S/    </u>
                                                                                         Arthur H. Forman